# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0227**
Larry Lee Jones v. State of Alabama (Appeal from Madison Circuit Court: CC-20-2211)

## <u>NOTICE</u>

You are hereby notified that on August 30, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk